IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

SOUTHERN APPALACHIAN MOUNTAIN
STEWARDS, APPALACHIAN VOICES,
and SIERRA CLUB,

      Plaintiffs,

v.                                    CIVIL ACTION NO. 2:23-CV-00002

A&G COAL CORPORATION,

      Defendant.

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion for Entry of Consent Decree, the Court finds that the Consent Decree is fair, adequate, and reasonable, and not illegal, a product of collusion, or against the public interest, and GRANTS the motion.

It is ORDERED that the Consent Decree between Plaintiffs Southern Appalachian Mountain Stewards, Appalachian Voices, and Sierra Club, and Defendant A&G Coal Corporation, lodged with the Court on January 18, 2023, shall be signed and entered as the final judgment in this action. As provided in the Consent Decree itself, the obligation to create, fund, and maintain an escrow account constitutes a judgment of the U.S. District Court for the Western District of Virginia.

Entered this _____ day of _____, 2023.

                                                                                                                                                        _____

                                                                                                                                                        Judge James P. Jones
                                                                                                                                                        United States District Judge

1